**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1903**

ANTHONY OLIVER,

            Plaintiff – Appellant,

      v.

GLEAMNS HUMAN RESOURCE COMMISSION INC.,

            Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.    J. Michelle Childs, District
Judge.  (8:10-cv-01191-JMC)

Submitted:  January 30, 2012        Decided:  February 6, 2012

Before KING, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Oliver, Appellant Pro Se. Charles Edgar McDonald, III,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South
Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Oliver appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment in favor of the Appellee on Oliver's claims of discrimination.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Oliver v. Gleamns Human Resource Comm'n, Inc., No. 8:10-cv-01191-JMC (D.S.C. July 26, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED